PROB 12C
(6/16)

Report Date: October 3, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 03, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lewis Patrick Marchand          Case Number: 0980 2:19CR00027-SAB-1

Address of Offender:  ▮▮▮▮▮▮▮▮▮ , Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley Bastian, Chief U.S. District Judge

Date of Original Sentence: February 28, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 4 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney Office | Date Supervision Commenced: July 3, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 2, 2023 |

---

## PETITIONING THE COURT

To issue a warrant.

On July 24, 2018, Mr. Marchand reviewed and signed the judgment which outlines the supervised release conditions. He was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on or about September 22, 2022, Mr. Marchand violated his supervised release by committing the offense of arson.<br><br>Specifically, per Colville Tribal Police Department (CTPD) report 22-1245, CTPD was notified that a fire was started at the Moose Lodge on September 22, 2022. A CTPD detective was informed by the Omak fire chief that the fire was caused by a person, as the building did not have any electricity, and that the building was a total loss due to the fire.<br><br>On September 27, 2022, the CTPD was advised by the Omak Police Department that they obtained video footage from Sunrise Disposal which shows a man, later identified as Mr. Marchand, entering the Moose Lodge with a 5-gallon gas can setting the building on fire on September 22, 2022. After a review of the video footage, the CTPD detective observed a 2012 gold Camry going very slow by the Moose Lodge and parking the vehicle along the |

fence line. A short time later Mr. Marchand appears with a gas can walking into the Moose Lodge. He is later shown walking out of the building and lighting something on fire in his right hand and throwing it into the building, setting it on fire. The gold Camry's registration was run and it was ascertained that it was registered to Mr. Marchand's brother.

After a review of the video footage from Sunrise Disposal, the CTPD detective went to Tribal Trails gas station in an attempt to see if Mr. Marchand purchased gasoline prior to Moose Lodge burning down on September 22, 2022. A review of the Tribal Trails video footage on September 22, 2022, shows the aforementioned gold Camry enter the Tribal Trails location at 12:32 p.m. and subsequently Mr. Marchand entering Tribal Trails to pay for $20 worth of gas. At 12:38 p.m. video footage shows Mr. Marchand filling up a red gas can and departing Tribal Trails at 12:43 p.m. The CTPD detectives further review of the Sunrise Disposal video footage shows a male, matching the description of Mr. Marchand, walking out of the Moose Lodge at 12:51 p.m., with a red gas can and then lighting something on fire and throwing it into the building. The same male subsequently walks out of sight with the red gas can at 12:52 p.m., as smoke becomes visible. At 12:53 p.m., the gold Camry Mr. Marchand is seen driving, pulls out of the Moose Lodge and into his residence. It should be noted, the CTPD detective noted the drive from Tribal Trails gas station to the Moose Lodge is approximately 2 minutes.

While the CTPD detective was departing the Tribal Trails gas station on September 27, 2022, she observed Mr. Marchand at the gas pumps in which she made contact with him and placed him under arrest for arson. The CTPD detective advised Mr. Marchand of his Miranda warnings and he initially agreed to speak though requested an attorney when he was informed there was video footage of him entering the Moose Lodge and lighting the building on fire. No further questions were asked. While waiting for another CTPD officer to transport Mr. Marchand, the CTPD officer noted that Mr. Marchand made the following comments, "it's my fault for being in this situation. I don't regret it at all" and "so the cameras were that good to see me."

A search warrant of Mr. Marchand's residence and the aforementioned gold Camry was requested and granted by Judge Nomee on the evening of September 27, 2022. The search warrant specifically listed the clothes Mr. Marchand was observed to be wearing on September 22, 2022, the red gas can, and the gold Camry. All items were seized except for Mr. Marchand's cellular telephone. As of this writing, Mr. Marchand remains in custody in the Colville Tribal Jail. He is being held on $5,000 bail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 3, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Marchand, Lewis Patrick
October 3, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/3/2022
Date